164 A.3d 401

STATE OF NEW JERSEY, STATE AGRICULTURE DEVELOPMENT COMMITTEE AND TOWNSHIP OF FRANKLIN, PLAINTIFF–CROSS-RESPONDENTS, AND COUNTY OF HUNTERDON, PLAINTIFF-CROSS-RESPONDENT, v. QUAKER VALLEY FARMS, LLC AND DAVID DEN HOLLANDER, DEFENDANTS–CROSS-PETITIONERS.

March 16, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–005710–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is granted.